**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| TAMBARLA BALES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-11-1040-F |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On August 31, 2012, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation, wherein he recommended that the final decision of defendant, Michael J. Astrue, Commissioner of the Social Security Administration, denying plaintiff's application for disability insurance benefits be reversed and remanded for further administrative proceedings. Magistrate Judge Erwin advised the parties of their right to file specific written objections by September 20, 2012 and that failure to make timely objection to the Report and Recommendation waived the right to appellate review of the factual and legal issues therein addressed.

To date, no objection to the Report and Recommendation has been filed, and no request for an extension of time to file an objection has been filed.  With no objection being filed by either party within the time prescribed, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Shon T. Erwin, filed August 31, 2012 (doc. no. 20), is **ACCEPTED, ADOPTED** and **AFFIRMED**.  The final decision of defendant Michael J. Astrue, Commissioner of the Social Security Administration, denying plaintiff's application for disability insurance benefits, is **REVERSED,** and this matter is **REMANDED** to defendant for further administrative proceedings.

DATED September 26, 2012.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

11-1040p002.wpd